UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DON KARL JURAVIN,

    Plaintiff,

v.                                              Case No:   5:24-cv-618-GAP-PRL

CARY F. RADA, DAN R MOSLEY
and LAKE COUNTY,

    Defendants

---

**ORDER**

This case is before the Court for consideration of the Report and Recommendation by Magistrate Judge Lammens (Doc. 50) concerning pending Motions to Dismiss filed by Defendant Lake County, Florida (Doc. 8) and Defendants Judge Cary F. Rada and Judge Dan R. Mosely (Doc. 20).   No objections to the Report have been filed.   Accordingly, it is

**ORDERED** that the Report and Recommendation is confirmed and adopted as part of this order.   In furtherance thereof:

    (a) Defendant Lake County's Motion to Dismiss (Doc. 8) is **GRANTED** to the extent that Plaintiff's Complaint (Doc. 1) is a shotgun pleading.

(b) The Motion to Dismiss (Doc. 20) filed by Judges Rada and Mosely is **GRANTED** to the extent that Plaintiff's claims against them are barred by judicial immunity.

(c) Defendants' Motions to Dismiss are otherwise **DENIED**.

It is further **ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice.   Plaintiff may file an amended complaint, compliant with the Report and Recommendation, no later than **July 3, 2025**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 16, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party