**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DON KARL JURAVIN,

    Plaintiff,

v.                                              Case No:   5:24-cv-618-GAP-PRL

CARY F. RADA, DAN R
MOSLEY and LAKE COUNTY,

    Defendants

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Voluntary Dismissal (Doc. 61), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.   Any pending motions, including the Motion for Extension of Time to Amend Complaint (Doc. 60), are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 7, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record

Don Juravin
11437 Linden Depot Rd.
San Antonio, FL 33756